UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DURRELL EALY,

                  Plaintiff,

        v.

STATE OF CALIFORNIA, et al.,

                  Defendants.

Case No. 2:23-cv-06050-FLA (JDEx)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 7]**

Pursuant to 28 U.S.C. § 636, the court has reviewed the records on file, including the Complaint (Dkt. 1), the Order issued by the assigned Magistrate Judge (Dkt. 4), and the Report and Recommendation of the Magistrate Judge issued on September 23, 2023 (Dkt. 7, "Report"). No party filed objections to the Report timely or sought additional time in which to do so. Accordingly, the Report is APPROVED and ACCEPTED. It is hereby ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: January 17, 2024

_____

FERNANDO L. AENLLE-ROCHA

United States District Judge