JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DURRELL EALY,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No. 2:23-cv-06050-FLA (JDEx)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 17, 2024

                                        FERNANDO L. AENLLE-ROCHA
                                        United States District Judge